FILED

United States District Court

Middle District of Florida

Fort Myers Division

2019 APR -2 AM 11: 18

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Jane Doe,

       Plaintiff,

v.                                       Civil Action N.o 2:18-CV-683-FtM-29MRM

Travis John Jenner

       Defendant.

## Memorandum In Support of Motion for Summary Judgment

Let it be known that I was in receipt of the court's order on the 26th of March 2019, as per attachment 3, the letters were received by the facility on the 25th of March 2019 and that this response is within due course.

I have cooperated at all levels possible throughout this proceeding and would like both of my previous submissions Doc.16 and Doc.20 to be considered when the final judgment is handed down.

## Statement of Material Facts

Please refer to Doc. 20 in regards to the material facts and the objections that I submitted.

### I. Defendant Admitted Responsibility and Requested a Civil Judgment in Favor of Jane Doe

It should be made known that I have issue with Doc. 25. Part II paragraph 1, stating that *"he admitted that he possessed eight child pornography images of Jane"*, at no time have I admitted

1

to the possession of such images and let it be known that the charge of possession was dropped at the criminal level. I wanted this stated on record.

## **Proposed Settlement**

As per the attachments to Doc 16, it is evident in both the email and the letter that I had wanted a financial agreement from the ending of my sentencing until this moment in time, I accept responsibility for what has taken place and understand the consequences that I must face. I am asking that this is taken into consideration and that I had been willing to accept a financial judgment and had reached out to the plaintiff to have this settled prior to any civil proceedings.

I understand that I am liable under 18 USC 2255(a) for a sum of $150,000, I respectfully request that it is taken into consideration that I had made previous attempts to settle this issue for the amount of $113,776 prior to the restitution case during the criminal part of this episode. As per attachment one, Doc 16. it is evident within the email that was forwarded to my attorney via my mother Christina Simpson, on the 26th of October 2016 5:03am Australian standard time which would have been the 25th of October in the United States, that I said *"We don't need a restitution hearing... I agree to a global settlement agreement only after I have read the stipulations for such agreement... If they aren't to move from the full amount or counter with something less, I guess we have to go with the full amount..."*

Furthermore I asked for a civil judgment against me after the restitution amount was awarded. As per attachment 2, of Doc. 16. letter dated the 7th of November 2016, you will see that I agreed to a civil judgment against me for the sum of $62,400, the difference between the

2

restitution amount and the initial requested sum. Due to reasons out of my control this was either not put forth to Mr. Marsh's office or it wasn't responded to.

### Conclusion

Considering the sum that had been previously awarded at the restitution hearing in October 2016, I am respectfully requesting that the judgment against me is for the sum of $62,400 which is the difference between the initial requested sum of $113,776 and the $51,376 that was awarded at the restitution hearing.

**This response was placed in the mail prison system on the 28th of March 2019.**

Submitted By

Travis Jenner Pro Se
62781-018
McRae Correctional Facility
Po Box Drawer 55030
McRae Helena GA 31055

# CERTIFICATE OF SERVICE

On the 28th day of March 2019 I placed a copy of this response in the prison mail system to:

Douglas R. Beam, Esq
Douglas R. Beam, P.A
25 W New Haven Ave., Ste. C
Melbourne, FL 32901

Yours Truthfully

Travis John Jenner- Pro Se